# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
# RENO, NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:10-cr-00108 LRH-RAM |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | September 23, 2011 |
| | ) | |
| AGUSTIN GOMEZ, | ) | |
| | ) | |
| Defendant. | ) | |

PRESENT: THE HONORABLE LARRY R. HICKS, U.S. DISTRICT JUDGE

DEPUTY CLERK: NONE APPEARING    REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Defendant's Motion for United States Pretrial Services to Return Defendant's Passport (correcting C.R. 35) (#36), as well as the Government's Non-Opposition to Defendant's Motion to Return Passport (#37). Good cause appearing,

IT IS HEREBY ORDERED that Defendant's Motion for United States Pretrial Services to Return Defendant's Passport (correcting C.R. 35) (#36) is GRANTED. Pretrial Services shall return the passport to Defendant by mailing it to Defendant's counsel, Michael Kennedy, Federal Public Defender, 201 W. Liberty Street, Ste 102, Reno NV 89501.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By: /s/
Deputy Clerk